IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERRY A. JOHNSON,** | ) |
| Plaintiff, | ) |
| v. | ) 2:05cv1009 |
| | ) **Electronic Filing** |
| **JO ANNE B. BARNHART,** | ) |
| **COMMISSIONER OF SOCIAL** | ) Judge Cercone |
| **SECURITY,** | ) Magistrate Judge Lenihan |
| Defendant. | ) |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates

The Magistrate Judge's Report and Recommendation, filed on August 3, 2006 recommended that Plaintiff's Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be granted, and the decision of the Commissioner of Social Security to deny Plaintiff's application be affirmed. Service was made on all counsel of record. No objections to the Report and Recommendation were filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 31st day of August, 2006:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** the decision of the Commissioner of Social Security to deny Plaintiff's application is **AFFIRMED.**

    **IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.



             David Stewart Cercone
             United States District Chief Judge

cc:  Honorable Lisa Pupo Lenihan
   United States Magistrate Judge

   Charles T. Pankow, Esquire
   955 Liberty Avenue
   Pittsburgh, PA 15222

   Megan Farrell, AUSA